# Court of Appeals
# of the State of Georgia

ATLANTA,  December 16, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0616.  DARREN PETTY v. THE STATE.**

On April 14, 2011, Darren Petty pled guilty to four counts of theft by receiving and one count of making a false statement. Petty filed a notice of appeal from his sentence on June 30, 2014, and the appeal was docketed as Case Number A15A0073. We dismissed that direct appeal because it was untimely. Petty has now filed a second notice of appeal seeking to challenge his sentence.[1] Again, the appeal must be dismissed.

Under OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days after entry of the appealable order.  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rocha v. State*, 287 Ga. App. 446 (1) (a) (651 SE2d 781) (2007).  Here, Petty filed his notice of appeal over three years after entry of the order he seeks to appeal.  We thus lack jurisdiction to consider this appeal, which is hereby DISMISSED.

---

[1] Petty directed the appeal to the Supreme Court, which transferred the matter to this Court.



*Court of Appeals of the State of Georgia*

  *Clerk's Office, Atlanta,* _____12/16/2014_____

  *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ , *Clerk.*